```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JANE DOE 7015,                                                         :
                                                                       :
                              Plaintiff,                               :
              -v-                                                      :    21 Civ. 6868 (JPC)
                                                                       :
ELEKTRA ENTERTAINMENT GROUP INC. et al.,                               :         ORDER
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 9, 2021, Plaintiff filed the Complaint that initiated this action in New York Supreme Court, New York County. Dkt. 1, Ex. A. Subsequently, Defendants removed the case to this Court on August 15, 2021, Dkt. 1, and moved to dismiss the Complaint on February 14, 2022, Dkt. 28. Within twenty-one days of the filing of that motion, Plaintiff filed her First Amended Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) on March 7, 2022. Dkt. 35. Defendants t moved to dismiss the First Amended Complaint on April 4, 2022. Dkt. 46. Because Plaintiff's Amended Complaint superseded her initial Complaint, and Defendants have moved to dismiss the Amended Complaint, the Court dismisses as moot the first motion to dismiss and respectfully directs the Clerk of Court to terminate the motion at Docket Number 28.

SO ORDERED.

Dated: August 11, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge