**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 7015,<br><br>    *Plaintiff,*<br><br>    v.<br><br>ELEKTRA ENTERTAINMENT GROUP, INC., WARNER COMMUNICATIONS LLC, WARNER MUSIC GROUP CORP., JAMES EURINGER, JOSEPH J. GALUS, and DOES 1–5, whose identities are unknown to Plaintiff,<br><br>    *Defendant(s).* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 1:21-cv-06868-JPC-JEW |

**NOTICE OF VOLUTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff **JANE DOE 7015** and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, as against Defendant **JOSEPH J. GALUS**.

Dated: April 21, 2022

                                        */s/ Alan A. Greenberg*
                                      Alan A. Greenberg
                                      **GREENBERG GROSS LLP**
                                      250 Park Avenue, Seventh Floor
                                      New York, NY 10177
                                      Telephone: (213) 334-7000
                                      Email: AGreenberg@GGTrialLaw.com

                                      Deborah S. Mallgrave (*pro hac vice pending*)
                                      601 South Figueroa Street, 30th Floor
                                      Los Angeles, CA 90017
                                      Telephone: (213) 334-7000
                                      Email: DMallgrave@GGTrialLaw.com

                                      *Counsel for Plaintiff Jane Doe 7015*

1