## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JANE DOE 7015,

        *Plaintiff,*

    *v.*

ELEKTRA ENTERTAINMENT
GROUP, INC., WARNER
COMMUNICATIONS LLC, WARNER
MUSIC GROUP CORP., JAMES
EURINGER, JOSEPH J. GALUS, and
DOES 1–5, whose identities are
unknown to Plaintiff,

        *Defendant(s).*

**PLAINTIFF'S STATUS REPORT**

Case No. 1:21-cv-06868-JPC-JEW

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Opinion and Order, dated March 31, 2023 (Dkt. No. 57), Plaintiff Jane Doe 7015 hereby provides the following status update as to defendants James Euringer ("Euringer") and Joseph J. Galus ("Galus").  Plaintiff has not been able to complete service of process of the First Amended Complaint on Euringer.  Plaintiff is informed and believes that Euringer currently resides in New Zealand and Plaintiff is attempting to locate him to serve him pursuant to the Hague Service Convention.  Plaintiff therefore requests an extension of time, until October 31, 2023, to complete service on Euringer.  As to Galus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff filed a Notice of Voluntary Dismissal, without prejudice.

Dated:  April 21, 2022

                */s/ Alan A. Greenberg*
                Alan A. Greenberg
                **GREENBERG GROSS LLP**
                250 Park Avenue, Seventh Floor
                New York, NY 10177

Telephone: (213) 334-7000
Email: AGreenberg@GGTrialLaw.com

Deborah S. Mallgrave (*pro hac vice pending*)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 334-7000
Email: DMallgrave@GGTrialLaw.com

*Counsel for Plaintiff Jane Doe 7015*

The request is granted.  Plaintiff may serve Defendant James Euringer by October 31, 2023.

SO ORDERED
Date: April 24, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2