IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 7015,<br><br>    *Plaintiff,*<br><br>    v.<br><br>JAMES EURINGER, and DOES 1–5, whose identities are unknown to Plaintiff,<br><br>    *Defendant(s).* | **PLAINTIFF'S STATUS REPORT**<br><br>Case No. 1:21-cv-06868-JPC-JEW |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Opinion and Order, dated March 31, 2023 (Dkt. No. 57), and thereafter, pursuant to the Memo Endorsement granted by this Court extending the date to complete service of Defendant James Euringer ("Euringer") by November 30, 2023 (Dkt. No. 69), Plaintiff Jane Doe 7015 hereby provides the following status update as to Euringer.

Plaintiff's investigator personally served Euringer at approximately 12:20 am on November 27, 2023 (EST). Service was confirmed photographically by Plaintiff's investigator. As of this status report, Plaintiff's investigator has yet to complete a proof of service document to be submitted to this Court, however in light of the Court's prior ruling and deadline, Plaintiff is providing this report as notice of successful service. Plaintiff will promptly file a proof of service document as soon as she is in receipt of it from her investigator.

Dated:  November 30, 2023

                                           */s/ Alan A. Greenberg*
                                           Alan A. Greenberg
                                           **GREENBERG GROSS LLP**
                                           250 Park Avenue, Seventh Floor

New York, NY 10177
Telephone: (212) 402-0900
Email: AGreenberg@GGTrialLaw.com

*Counsel for Plaintiff Jane Doe 7015*

# PROOF OF SERVICE

### Jane Doe 7015 v. James Euringer
### Case No. 1:21-cv-06868-JPC-JEW

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626.

On November 30, 2023, I served true copies of the following document(s) described as **PLAINTIFF'S STATUS REPORT** on the interested parties in this action as follows:

- **Brian Craig Ascher**
  bascher@gibsondunn.com,MAO@gibsondunn.com

- **Andrew Charles Bernstein**
  ABernstein@kasowitz.com

- **Scott A Edelman**
  sedelman@gibsondunn.com

- **Alan Asher Greenberg**
  agreenberg@ggtriallaw.com,scampbell@ggtriallaw.com,dmallgrave@ggtriallaw.com,lrodriguez@ggtriallaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 30, 2023, at Costa Mesa, California.

*/s/ Cheryl Winsten*
Cheryl Winsten