**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 7015., | Case No.: 1:21-cv-06868-JPC-JEW |
| *Plaintiff*, | **DEFENDANT JAMES EURINGER'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| ELEKTRA ENTERTAINMENT, GROUP, INC., WARNER COMMUNICATIONS LLC, WARNER MUSIC GROUP CORP., JAMES EURINGER, and DOES 1–5, whose identities are unknown to Plaintiff, | **ORAL ARGUMENT REQUESTED** |
| *Defendants*. | |

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law, dated **January 5, 2024**, together with the exhibit thereto, and the accompanying declaration of Defendant James Euringer ("Defendant Euringer"), dated **December 19, 2023**, Defendant Euringer, by and through his undersigned counsel, moves this Court before the Honorable John P. Cronan, United States District Judge, in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, to dismiss the First Amended Complaint in this action pursuant to Fed. R. Civ. P. 12(b)(5) and 41(b).

Dated: January 5, 2024

RIMON PC

By: */s/ Steven Aaron*
Steven M. Aaron
MO # 41653
633 E. 63rd Street, Suite 220
Kansas City, Missouri 64110
Phone/fax: 816.631.1075
Steven.aaron@rimonlaw.com
*(Pro hoc vice forthcoming)*

By: */s/ Anthony C. Acampora*
Anthony C. Acampora
NY # 198242
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Phone/fax: 516.479.6330
anthony.acampora@rimonlaw.com

By: */s/ Anna Freymann*
Anna Freymann
NY # 5863717
100 Park Avenue 16th Floor
New York, NY 10017
Anna.freymann@rimonlaw.com

*Attorneys for Defendant James Euringer*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 5, 2024, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Anthony C. Acampora*
*Attorney for Defendant James Euringer*