# EXHIBIT A



R J WiL <reon@wellingtoninvestigations.co.nz>

## Request for Expedited Investigation and Process Service
13 messages

---

**Eckley M. Keach III** <EKeach@ggtriallaw.com>  Sat, Oct 21, 2023 at 11:52 AM
To: "private@wellingtoninvestigations.co.nz" <private@wellingtoninvestigations.co.nz>

Hello,

My firm represents a plaintiff in a lawsuit arising from the Southern District of New York. The case is Jane Doe 7015 v. Elektra Entertainment Group, Inc., et al., case 1:21-cv-0686-AJN-JEW.

We have been told that one of the named defendants in the case, James Euringer, resides in New Zealand, along with his wife, Chantal. We are seeking the services of an investigator and process server to locate James Euringer and serve him with a copy of the summons and complaint.

We have a deadline to serve Euringer by October 31, 2023. Can you please provide a quote for the cost of your services? We would like to start trying to serve Mr. Euringer on Monday, October 23, 2023, or as soon as possible.

Respectfully,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

---

**R J WiL** <reon@wellingtoninvestigations.co.nz>  Sun, Oct 22, 2023 at 12:42 PM
Reply-To: reon@wellingtoninvestigations.co.nz
To: "Eckley M. Keach III" <EKeach@ggtriallaw.com>

Yes, we can do that for you.

Do you have the respondents address or would you like us to begin tracing them,

Before starting would you kindly send a price quote for your services?

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York

> On Oct 21, 2023, at 4:42 PM, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
>
> Yes, we can do that for you.
>
> Do you have the respondents address or would you like us to begin tracing them,
>
> Regards Reon Viles
>
>> On Sat, 21 Oct 2023 at 11:52, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:
>>
>> Hello,
>>
>> My firm represents a plaintiff in a lawsuit arising from the Southern District of New York. The case is Jane Doe 7015 v. Elektra Entertainment Group, Inc., et al., case 1:21-cv-0686-AJN-JEW.
>>
>> We have been told that one of the named defendants in the case, James Euringer, resides in New Zealand, along with his wife, Chantal. We are seeking the services of an investigator and process server to locate James Euringer and serve him with a copy of the summons and complaint.
>>
>> We have a deadline to serve Euringer by October 31, 2023. Can you please provide a quote for the cost of your services? We would like to start trying to serve Mr. Euringer on Monday, October 23, 2023, or as soon as possible.
>>
>> Respectfully,
>>
>> **Eckley M. Keach III**
>> **Counsel | Greenberg Gross** LLP
>>
>> One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
>> Direct 702.777.0876 | Main 702.777.0888
>> EKeach@GGTrialLaw.com
>>
>> <image001.png>