UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 7015.,

    *Plaintiff*,

v.

ELEKTRA ENTERTAINMENT, GROUP, INC., WARNER COMMUNICATIONS LLC, WARNER MUSIC GROUP CORP., JAMES EURINGER, and DOES 1-5, whose identities are unknown to Plaintiff,

    *Defendants*.

Case No.: 1:21-cv-06868-JPC-JEW

**DECLARATION OF JAMES EURINGER IN SUPPORT OF DEFENDANT JAMES EURINGER'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

JAMES EURINGER, hereby declares, under penalty of perjury:

1. I am one of the defendants in above captioned action.

2. I make this Declaration in support of my Motion To Dismiss Plaintiff's First Amended Complaint.

3. The facts set forth in this Declaration are based on my personal knowledge and my review of relevant documents.

4. I currently reside in Wellington, New Zealand, with my family.

5. I have resided in New Zealand with my wife and my two children since 2018.

6. On October 21, 2023, I travelled with my family to the United States.

7. We returned to our home in Wellington, New Zealand, on November 24, 2023.

8. I booked the flights for the trip to the United States on August 24, 2023.

9. No one was present at our residence in Wellington, New Zealand, during our absence from October 21, 2023, to November 24, 2023.

10. Only a few days after my return to my home in New Zealand, on November 27, 2023, at around 6 pm (New Zealand time), a process server appeared at my home and served me with the summons and complaint in the above captioned action.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 19, 2023.

                                                James Euringer

                                  12/19/2023