# EXHIBIT B

| | |
|---|---|
| **From:** | Alex J. Valle <AValle@GGTrialLaw.com> |
| **Sent:** | Thursday, November 4, 2021 10:33 PM |
| **To:** | Jenira Velez |
| **Cc:** | Deborah Mallgrave |
| **Subject:** | 0095 Service of Process |
| **Attachments:** | Doc No. 01  Summons and Complaint 2021.08.09 [LR] conformed.PDF; Doc No. 13 Notice of Filing Notice of Removal 2021.08.15 [LR].PDF; SDNY ECF Rules.pdf; ER Ramos Individual Pracetices updated 5-27-2020.pdf; KNF Fox revisedrulesoctober292020.pdf; Dkt. 2 - Civil Cover Sheet.nrl |

Hi Jenira,

Per our conversation earlier today, can you please serve the attached documents on all defendants as soon as possible, preferably on 11/5?

Elektra Entertainment Group Inc.
CT Corporation System
28 Liberty Street
New York, NY 10005

Warner Communications LLC
CT Corporation System
28 Liberty Street
New York, NY 10005

Warner Music Group Corp.
CT Corporation System
28 Liberty Street
New York, NY 10005

Joseph J. Galus
134 Kingston Street
San Francisco, CA 94110

James Euringer
6505 Costello Avenue
Van Nuys, CA 91401

Thank you!

**Alex J. Valle**
*Attorney*
Greenberg Gross LLP | 650 Town Center Drive, Suite 1700 | Costa Mesa, California 92626
Tel 949.383.2855 | Fax 949.383.2801
AValle@GGTrialLaw.com  |  www.GGTrialLaw.com

