# EXHIBIT D

| | |
|---|---|
| **From:** | R J WiL <reon@wellingtoninvestigations.co.nz> |
| **Sent:** | Wednesday, November 1, 2023 11:51 AM |
| **To:** | Eckley M. Keach III |
| **Cc:** | Brian Williams; Sarah Campbell |
| **Subject:** | Re: [EXT] Re: Request for Expedited Investigation and Process Service |

Will do, thank you.
Two more attempts were made Wednesday 1st Nov, believing that James and partner may be away.
Our server set a sign, Placing a small piece of wood from their garden on the trim of the gate used to enter of leave, in such a way that when opened it wouldn't fall but when closed it would.

He said last night it had fallen.

we will continue

On Thu, Nov 2, 2023 at 7:30 AM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

> Thank you. We've updated the Court. Please continue to attempt service.

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

 Greenberg Gross LLP

Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Monday, October 30, 2023 9:24 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

Yes we are working on it, 4 attempts have been made already, with no one coming to the door, apartment is occupied.

Will make another attempt later tonight.

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Tue, 31 Oct 2023 at 07:48, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Mr. Viles,

Can you please provide us with a status update as to the service of Mr. Euringer? We have a court deadline of October 31 to serve or provide a status update.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Eckley M. Keach III
**Sent:** Thursday, October 26, 2023 9:53 AM
**To:** reon@wellingtoninvestigations.co.nz
**Cc:** Sarah Campbell <SCampbell@GGTrialLaw.com>; Brian Williams <BWilliams@GGTrialLaw.com>
**Subject:** RE: [EXT] Re: Request for Expedited Investigation and Process Service

Mr. Viles,

Attached is a copy of the summons and complaint. Please have your firm serve these personally on Mr. Euringer as soon as possible. If you cannot make service by 10/30, please let me know.

I am also attaching the proof of service form. When your firm accomplishes service on Mr. Euringer, please fill this out and send it to me along with whatever other proof of service documents you ordinarily provide.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Tuesday, October 24, 2023 12:21 AM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

Apartment 8,

76 Brougham Street,

Mount Victoria,

Wellington,

New Zealand, 6011,,,

On Tue, Oct 24, 2023 at 1:30 PM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

> Mr. Viles,
>
> I am following up from below. At your earliest convenience, can you please tell me the address that you have identified as belonging to Mr. Euringer so that I may add it to the summons?
>
> Thank you,
>
> **Eckley M. Keach III**
> **Counsel | Greenberg Gross** LLP
> One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
> Direct 702.777.0876 | Main 702.777.0888
> EKeach@GGTrialLaw.com



> Los Angeles | Orange County | Las Vegas | New York
>
> **From:** Eckley M. Keach III
> **Sent:** Monday, October 23, 2023 11:32 AM
> **To:** reon@wellingtoninvestigations.co.nz
> **Subject:** RE: [EXT] Re: Request for Expedited Investigation and Process Service
>
> Mr. Viles,
>
> Now that we have paid your invoice, can you please tell me the address that you have identified as belonging to Mr. Euringer so that I may add it to the summons?

4
EXHIBIT D

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Eckley M. Keach III
**Sent:** Monday, October 23, 2023 11:15 AM
**To:** reon@wellingtoninvestigations.co.nz
**Subject:** RE: [EXT] Re: Request for Expedited Investigation and Process Service

We have paid your invoice.

I am waiting on the court to return a signed summons for this case. I expect it to be returned either today or tomorrow. As soon as I receive the summons, I will send a copy of it and the complaint to you for personal service on Euringer.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Sunday, October 22, 2023 2:22 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

We will proceed and finalise the locate on James Euringer, I have sent invoice with PayPal link to make payment straight forward. Once received we will make 1st attempt within 72hrs,

Regards Reon Viles

On Mon, 23 Oct 2023 at 08:08, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

That is acceptable. Please send us an invoice. I will provide you with the summons and complaint to serve.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York

On Oct 21, 2023, at 7:40 PM, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

I have run a preliminary locate to give you an estimate. We have found historic links to James Euringer with ## Sept 1969 in our database, and several recent articles to go through. Out locate estimate is 3hrs and database access, as we believe we have his current address this just needs to be data matched to confirm,

Our locate rate is $120p/hr, and database is $85,

Document service fee will be $380plus gst, and travel is $1.10km, which I included. affidavit preparation and swearing is $85.

James appears to be residing in Wellington.

Our rates are plus gst,

Locate, $445 plus gst

Process serve$465plus gst, includes travel and affidavit.

Total $910plus 15% gst,

This is required prior to finalising the locate,

If you wish to proceed I will have office send invoice.

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Sun, 22 Oct 2023 at 13:34, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

  Thank you for the prompt reply.

We do not have an address for him. We would need you to locate him and his address.

Before starting would you kindly send a price quote for your services?

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York

> On Oct 21, 2023, at 4:42 PM, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
>
> Yes, we can do that for you.
>
> Do you have the respondents address or would you like us to begin tracing them,
>
> Regards Reon Viles
>
> On Sat, 21 Oct 2023 at 11:52, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:
>
>> Hello,
>>
>> My firm represents a plaintiff in a lawsuit arising from the Southern District of New York. The case is Jane Doe 7015 v. Elektra Entertainment Group, Inc., et al., case 1:21-cv-0686-AJN-JEW.

We have been told that one of the named defendants in the case, James Euringer, resides in New Zealand, along with his wife, Chantal. We are seeking the services of an investigator and process server to locate James Euringer and serve him with a copy of the summons and complaint.

We have a deadline to serve Euringer by October 31, 2023. Can you please provide a quote for the cost of your services? We would like to start trying to serve Mr. Euringer on Monday, October 23, 2023, or as soon as possible.

Respectfully,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

<image001.png>

Los Angeles | Orange County | Las Vegas | New York

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616


NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member


Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732



www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

10

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616


NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member


Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732




www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

| | |
|---|---|
| **From:** | R J WiL <reon@wellingtoninvestigations.co.nz> |
| **Sent:** | Monday, November 6, 2023 6:44 PM |
| **To:** | Eckley M. Keach III |
| **Subject:** | Re: [EXT] Re: Request for Expedited Investigation and Process Service |
| **Attachments:** | image_6487327.JPG; image_67159553.JPG; image_50391041.JPG; image_6487327.JPG; image_6487327.JPG; image_6487327.JPG; image_6487327.JPG; image_6487327.JPG; image_6487327.JPG |

Apologies Eckley,
We have been back twice on evening of Friday 3rd Nov and after performing a door knock, agent took up OP, parking illegally to observe the targets apartment, agent noted that the lights on. After about 30mintes agent did see a adult male walk right to left from  the lounge to kitchen, then the male
## POI believed to be James Euringer
may have seen agent, the male then turned the lights off before walking back from the kitchen.
See photos.
So it's believed the James Euringer is evading service. Our suggestion is to run a morning or 2 surveillance and serve James as he exits the apartment onto the street.


Let us know if you have any questions,


Regards Reon Viles

On Tue, Nov 7, 2023 at 7:43 AM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Mr. Viles,


Can you please provide me with an update on your service attempts and any incurred expenses since our last payment?


Thank you,


**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

1

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Wednesday, November 1, 2023 11:51 AM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Cc:** Brian Williams <BWilliams@GGTrialLaw.com>; Sarah Campbell <SCampbell@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

Will do, thank you.

Two more attempts were made Wednesday 1st Nov, believing that James and partner may be away.

Our server set a sign, Placing a small piece of wood from their garden on the trim of the gate used to enter of leave,

in such a way that when opened it wouldn't fall but when closed it would.

He said last night it had fallen.

we will continue

On Thu, Nov 2, 2023 at 7:30 AM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Thank you. We've updated the Court. Please continue to attempt service.

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Monday, October 30, 2023 9:24 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

Yes we are working on it, 4 attempts have been made already, with no one coming to the door, apartment is occupied.

Will make another attempt later tonight.

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Tue, 31 Oct 2023 at 07:48, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

> Mr. Viles,
>
>
> Can you please provide us with a status update as to the service of Mr. Euringer? We have a court deadline of October 31 to serve or provide a status update.
>
>
> Thank you,
>
>
> **Eckley M. Keach III**
> **Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Eckley M. Keach III
**Sent:** Thursday, October 26, 2023 9:53 AM
**To:** reon@wellingtoninvestigations.co.nz
**Cc:** Sarah Campbell <SCampbell@GGTrialLaw.com>; Brian Williams <BWilliams@GGTrialLaw.com>
**Subject:** RE: [EXT] Re: Request for Expedited Investigation and Process Service

Mr. Viles,

Attached is a copy of the summons and complaint. Please have your firm serve these personally on Mr. Euringer as soon as possible. If you cannot make service by 10/30, please let me know.

I am also attaching the proof of service form. When your firm accomplishes service on Mr. Euringer, please fill this out and send it to me along with whatever other proof of service documents you ordinarily provide.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Tuesday, October 24, 2023 12:21 AM

**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

Apartment 8,

76 Brougham Street,

Mount Victoria,

Wellington,

New Zealand, 6011,,,

On Tue, Oct 24, 2023 at 1:30 PM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Mr. Viles,

I am following up from below. At your earliest convenience, can you please tell me the address that you have identified as belonging to Mr. Euringer so that I may add it to the summons?

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Eckley M. Keach III
**Sent:** Monday, October 23, 2023 11:32 AM
**To:** reon@wellingtoninvestigations.co.nz
**Subject:** RE: [EXT] Re: Request for Expedited Investigation and Process Service

Mr. Viles,

Now that we have paid your invoice, can you please tell me the address that you have identified as belonging to Mr. Euringer so that I may add it to the summons?

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Eckley M. Keach III
**Sent:** Monday, October 23, 2023 11:15 AM
**To:** reon@wellingtoninvestigations.co.nz
**Subject:** RE: [EXT] Re: Request for Expedited Investigation and Process Service

We have paid your invoice.

I am waiting on the court to return a signed summons for this case. I expect it to be returned either today or tomorrow. As soon as I receive the summons, I will send a copy of it and the complaint to you for personal service on Euringer.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135

Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Sunday, October 22, 2023 2:22 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

We will proceed and finalise the locate on James Euringer, I have sent invoice with PayPal link to make payment straight forward. Once received we will make 1st attempt within 72hrs,

Regards Reon Viles

On Mon, 23 Oct 2023 at 08:08, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

That is acceptable. Please send us an invoice. I will provide you with the summons and complaint to serve.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York

On Oct 21, 2023, at 7:40 PM, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

EXHIBIT D

I have run a preliminary locate to give you an estimate. We have found historic links to James Euringer with ## Sept 1969 in our database, and several recent articles to go through. Out locate estimate is 3hrs and database access, as we believe we have his current address this just needs to be data matched to confirm,

Our locate rate is $120p/hr, and database is $85,

Document service fee will be $380plus gst, and travel is $1.10km, which I included. affidavit preparation and swearing is $85.

James appears to be residing in Wellington.


Our rates are plus gst,

Locate, $445 plus gst

Process serve$465plus gst, includes travel and affidavit.

Total $910plus 15% gst,


This is required prior to finalising the locate,


If you wish to proceed I will have office send invoice.


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Sun, 22 Oct 2023 at 13:34, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Thank you for the prompt reply.

We do not have an address for him. We would need you to locate him and his address.

Before starting would you kindly send a price quote for your services?

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York

On Oct 21, 2023, at 4:42 PM, R J WiL <reon@wellingtoninvestigations.co.nz>
wrote:

Yes, we can do that for you.

Do you have the respondents address or would you like us to begin tracing them,

Regards Reon Viles

On Sat, 21 Oct 2023 at 11:52, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Hello,

My firm represents a plaintiff in a lawsuit arising from the Southern District of New York. The case is Jane Doe 7015 v. Elektra Entertainment Group, Inc., et al., case 1:21-cv-0686-AJN-JEW.

We have been told that one of the named defendants in the case, James Euringer, resides in New Zealand, along with his wife, Chantal. We are seeking the services of an investigator and process server to locate James Euringer and serve him with a copy of the summons and complaint.

We have a deadline to serve Euringer by October 31, 2023. Can you please provide a quote for the cost of your services? We would like to start trying to serve Mr. Euringer on Monday, October 23, 2023, or as soon as possible.

Respectfully,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

<image001.png>

Los Angeles | Orange County | Las Vegas | New York

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616


NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member


Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732




www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616


NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member


Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732




[www.wellingtoninvestigations.co.nz](http://www.wellingtoninvestigations.co.nz)

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at [postmaster@ggtriallaw.com](mailto:postmaster@ggtriallaw.com), and do not use or disseminate such information.


--
RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616


NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member

Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732



www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.



EXHIBIT D

















| | |
|---|---|
| **From:** | R J WiL <reon@wellingtoninvestigations.co.nz> |
| **Sent:** | Tuesday, November 7, 2023 11:57 PM |
| **To:** | Eckley M. Keach III |
| **Cc:** | Brian Williams; Sarah Campbell |
| **Subject:** | Re: [EXT] Re: Request for Expedited Investigation and Process Service |
| **Attachments:** | image_67171329.JPG; image_50364929.JPG; image_50436097.JPG; image_67172865.JPG; image_50436865.JPG |

Invoice has been sent,

Lucky 🍀 we checked,
white medium sized fluffy dog from 2020 is now a large slim black dog,

Good to know, maybe we aren't the only ones knocking on his door,

Regards Reon Viles

On Wed, 8 Nov 2023 at 15:25, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

That's fine. You can go ahead with the 3 hr strategy as discussed.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Tuesday, November 7, 2023 5:58 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

1

3hrs surveillance onsite and 30min travel time each way,

total will be $545plus gst,

$626\NZD,

On Wed, Nov 8, 2023 at 2:54 PM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

I agree with your strategy and am inclined to follow the 3hr approach, however I will need at least a rough cost estimate before agreeing so that I can receive approval. Once I have that I can confirm our approval of the 3 hrs.

Thanks,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Tuesday, November 7, 2023 5:50 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

Agreed, We want to time it right,

Our minimum is 2hrs,  I'll send an invoice, What we know is .....

There is a partner Chantel, two young children, They have a dog,!!

2
EXHIBIT D

So that'll be the achilles heel,

The morning walk with the dog so it can pee.

These pictures I've just found lokk to be taken in the current apartment, The black timber wall panels look very similar,

If I was a betting man, I'd run for 3hrs, from 6.30am-9.30am, If just 2 hours, we get 6.30-8.30am, or 7.30-9.30am,

I'd be disappointed to miss him. To give your client some reassurance if you choose to do 3hrs, and if James isnt sighted walking dog,

I'll do surveillance the following morning at no extra charge,

To sure up the chance to get him, Ill have an agent check the address with a drive by thru the evening tonight,

Thoughts???

On Wed, Nov 8, 2023 at 12:51 PM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Thanks for the update. I agree with your suggestion – hopefully he exits the apartment in the morning.

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Monday, November 6, 2023 6:44 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

Apologies Eckley,

We have been back twice on evening of Friday 3rd Nov and after performing a door knock, agent took up OP, parking illegally to observe the targets apartment, agent noted that the lights on. After about 30mintes agent did see a adult male walk right to left from  the lounge to kitchen, then the male

## POI believed to be James Euringer

may have seen agent, the male then turned the lights off before walking back from the kitchen.

See photos.

So it's believed the James Euringer is evading service. Our suggestion is to run a morning or 2 surveillance and serve James as he exits the apartment onto the street.

Let us know if you have any questions,

Regards Reon Viles

On Tue, Nov 7, 2023 at 7:43 AM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Mr. Viles,

Process Service

Will do, thank you.

Two more attempts were made Wednesday 1st Nov, believing that James and partner may be away.

Our server set a sign, Placing a small piece of wood from their garden on the trim of the gate used to enter of leave,

in such a way that when opened it wouldn't fall but when closed it would.

He said last night it had fallen.

we will continue

On Thu, Nov 2, 2023 at 7:30 AM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Thank you. We've updated the Court. Please continue to attempt service.

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Monday, October 30, 2023 9:24 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

Yes we are working on it, 4 attempts have been made already, with no one coming to the door, apartment is occupied.

Will make another attempt later tonight.

Mr. Viles,

Attached is a copy of the summons and complaint. Please have your firm serve these personally on Mr. Euringer as soon as possible. If you cannot make service by 10/30, please let me know.

I am also attaching the proof of service form. When your firm accomplishes service on Mr. Euringer, please fill this out and send it to me along with whatever other proof of service documents you ordinarily provide.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Tuesday, October 24, 2023 12:21 AM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

Apartment 8,

76 Brougham Street,

Mount Victoria,

Wellington,

New Zealand, 6011,,,

On Tue, Oct 24, 2023 at 1:30 PM Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

Mr. Viles,

I am following up from below. At your earliest convenience, can you please tell me the address that you have identified as belonging to Mr. Euringer so that I may add it to the summons?

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Eckley M. Keach III
**Sent:** Monday, October 23, 2023 11:32 AM
**To:** reon@wellingtoninvestigations.co.nz
**Subject:** RE: [EXT] Re: Request for Expedited Investigation and Process Service

Mr. Viles,

Now that we have paid your invoice, can you please tell me the address that you have identified as belonging to Mr. Euringer so that I may add it to the summons?

Thank you,

EXHIBIT D
-92-

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Eckley M. Keach III
**Sent:** Monday, October 23, 2023 11:15 AM
**To:** reon@wellingtoninvestigations.co.nz
**Subject:** RE: [EXT] Re: Request for Expedited Investigation and Process Service

We have paid your invoice.

I am waiting on the court to return a signed summons for this case. I expect it to be returned either today or tomorrow. As soon as I receive the summons, I will send a copy of it and the complaint to you for personal service on Euringer.

Thank you,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Sunday, October 22, 2023 2:22 PM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** Re: [EXT] Re: Request for Expedited Investigation and Process Service

We will proceed and finalise the locate on James Euringer, I have sent invoice with PayPal link to make payment straight forward. Once received we will make 1st attempt within 72hrs,

Regards Reon Viles

On Mon, 23 Oct 2023 at 08:08,

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York

On Oct 21, 2023, at 7:40 PM, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

I have run a preliminary locate to give you an estimate. We have found historic links to James Euringer with ## Sept  1969 in our database, and several recent articles to go through. Out locate estimate is 3hrs and database access, as we believe we have his current address this just needs to be data matched to confirm,

Our locate rate is $120p/hr, and database is $85,

Document service fee will be $380plus gst, and travel is $1.10km, which I included. affidavit preparation and swearing is $85.

James appears to be residing in Wellington.

Our rates are plus gst,

Locate, $445 plus gst

Process serve$465plus gst, includes travel and affidavit.

Total $910plus 15% gst,

This is required prior to finalising the locate,

EXHIBIT D

If you wish to proceed I will have office send invoice.

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-

Government License # 23-103616

NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member

Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732



www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616

NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member

Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732



www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616


NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member


Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732



www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616


NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member


Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732







EXHIBIT D

-101-







James and Chantal Euringer on music, love and parenting twins

Sharon Stephenson · 05:00, Nov 21 2020

**From:**            R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:**            Monday, November 13, 2023 12:05 AM
**To:**              Eckley M. Keach III
**Subject:**         [EXT] Euringer

James and family have returned. At no stage over weekend we're the lights turned on or movement sighted.

See 2 short video showing James walking from lounge to kitchen and back several times in both videos.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

[www.wellingtoninvestigations.co.nz](www.wellingtoninvestigations.co.nz)

EXHIBIT D
-107-

**From:**          R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:**          Tuesday, November 14, 2023 12:50 PM
**To:**            Eckley M. Keach III
**Subject:**       Re: [EXT] Re: Euringer
**Attachments:**   IMG_0.MOV

Monday night video.
Male of slim Build,

And Tuesday evening, he had door open,  seen male but couldn't get him on Video,

I'll look at some options.

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Wed, 15 Nov 2023 at 07:23, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

> Mr. Viles,
>
> Thank you for the updates. At this point, what options do we have to either serve Euringer personally or serve him by alternative service?
>
> Thanks,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Monday, November 13, 2023 12:07 AM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** [EXT] Re: Euringer

And apartment had internal car parking, I believe these are linked to apartment 8,

Also have young twins the toys do

Seem to correspond,

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Mon, 13 Nov 2023 at 21:04, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

James and family have returned. At no stage over weekend we're the lights turned on or movement sighted.

See 2 short video showing James walking from lounge to kitchen and back several times in both videos.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

**From:**              R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:**               Sunday, November 19, 2023 3:30 AM
**To:**                  Eckley M. Keach III
**Subject:**           Re: [EXT] Re: Euringer
**Attachments:**      image_123655411.JPG; image_123655411.JPG; image_123655411.JPG; image_
                          123655411.JPG; image_123655411.JPG; image_123655411.JPG

Morning Eckley,
On 9th NOV at 6.53am, onsite 3.5hrs, leaving at 10.40am, not seen, Paid.
I returned at 7.35pm, saying for 1hr, extra.
On 10th Nov, 6.50am, Onsite 3hrs, leaving at 9.40am, Paid.
I  returned at 6pm, staying 1hr, extra.
On Monday 13th Nov, 7.50pm, got video of James, 2hrs, extra,
On Tuesday 14th Nov, 7.25pm, door on to deck open,  seen but no video or stills, 2hrs,
Wednesday 15th Nov at 9.37am, , 1hr,
On friday 17th Nov, 4.11pm, I took up observation and parking on a different street so I was looking into the underground car parking,
As a vehicle exited I entered the carpark on foot, noting cars parked and registrations,
Parked side by side were HWK829, and MMTKAR, Running these plates I discovered James Euringer registered  owner of HWK829, a Silver sedan Holden Cruze,
At 5.10pm I did see James Euringer drive MMTKAR a Silver Subaru legacy Sedan into the car park. I was not in a position to exit the car and enter the underground car park before the door closed.
I have attended and surveilled the address an additional 8hrs including Friday 17th Nov. If I allow 2hrs to re attend monday or Tuesday then that will be 10hrs extra I have spent.

I would like to propose that I try serve James in person and only if I am successful, then I will charge a further 5hrs. I will do this on a No service no charge basis, .

Let me know if this is acceptable.

Regards Reon Viles

On Fri, Nov 17, 2023 at 4:28 PM R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
 Onsite trying to serve Jimmy, I have a plan,


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Wed, 15 Nov 2023 at 09:50, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Monday night video.
Male of slim Build,

And Tuesday evening, he had door open,  seen male but couldn't get him on Video,


I'll look at some options.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Wed, 15 Nov 2023 at 07:23, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:
Mr. Viles,


Thank you for the updates. At this point, what options do we have to either serve Euringer personally or serve him by alternative service?


Thanks,


**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Monday, November 13, 2023 12:07 AM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** [EXT] Re: Euringer


And apartment had internal car parking, I believe these are linked to apartment 8,

Also have young twins the toys do

Seem to correspond,




Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz




On Mon, 13 Nov 2023 at 21:04, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

James and family have returned. At no stage over weekend we're the lights turned on or movement sighted.

See 2 short video showing James walking from lounge to kitchen and back several times in both videos.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--
RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616

NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member

Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732



www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.













EXHIBIT D

**From:**        R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:**        Thursday, November 23, 2023 6:20 PM
**To:**          Eckley M. Keach III
**Subject:**     Re: [EXT] Re: Euringer

No luck on Monday, it's Friday and it was last Friday that I viewed James returning and parking in underground. I did think I would hear from you from my last email on 20th Nov.

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Mon, 20 Nov 2023 at 00:29, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
  Morning Eckley,
  On 9th NOV at 6.53am, onsite 3.5hrs, leaving at 10.40am, not seen, Paid.
  I returned at 7.35pm, saying for 1hr, extra.
  On 10th Nov, 6.50am, Onsite 3hrs, leaving at 9.40am, Paid.
  I returned at 6pm, staying 1hr, extra.
  On Monday 13th Nov, 7.50pm, got video of James, 2hrs, extra,
  On Tuesday 14th Nov, 7.25pm, door on to deck open,  seen but no video or stills, 2hrs,
  Wednesday 15th Nov at 9.37am, , 1hr,
  On friday 17th Nov, 4.11pm, I took up observation and parking on a different street so I was looking into the underground car parking,
  As a vehicle exited I entered the carpark on foot, noting cars parked and registrations,
  Parked side by side were HWK829, and MMTKAR, Running these plates I discovered James Euringer registered  owner of HWK829, a Silver sedan Holden Cruze,
  At 5.10pm I did see James Euringer drive MMTKAR a Silver Subaru legacy Sedan into the car park. I was not in a position to exit the car and enter the underground car park before the door closed.
  I have attended and surveilled the address an additional 8hrs including Friday 17th Nov. If I allow 2hrs to re attend monday or Tuesday then that will be 10hrs extra I have spent.

  I would like to propose that I try serve James in person and only if I am successful, then I will charge a further 5hrs. I will do this on a No service no charge basis, .

  Let me know if this is acceptable.

1
EXHIBIT D
-124-

Regards Reon Viles

On Fri, Nov 17, 2023 at 4:28 PM R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
  Onsite trying to serve Jimmy, I have a plan,


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Wed, 15 Nov 2023 at 09:50, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
  Monday night video.
  Male of slim Build,

  And Tuesday evening, he had door open,  seen male but couldn't get him on Video,


  I'll look at some options.



  Please excuse brevity sent from mobile device:

  RJ Viles | Senior Investigator | WIL

  Security Technician & Consultant.

  NTT Tower, level 16,
  157 Lambton Quay,

  Mob: 021-562-333
  Office; 04-213-9414
  Free Call; 0800-787-732

  www.wellingtoninvestigations.co.nz


  On Wed, 15 Nov 2023 at 07:23, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

2

Mr. Viles,

Thank you for the updates. At this point, what options do we have to either serve Euringer personally or serve him by alternative service?

Thanks,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Monday, November 13, 2023 12:07 AM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** [EXT] Re: Euringer

And apartment had internal car parking, I believe these are linked to apartment 8,

Also have young twins the toys do

Seem to correspond,

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Mon, 13 Nov 2023 at 21:04, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

James and family have returned. At no stage over weekend we're the lights turned on or movement sighted.

See 2 short video showing James walking from lounge to kitchen and back several times in both videos.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616


NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member


Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call**  0800 787 732




www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

| | |
|---|---|
| **From:** | R J WiL <reon@wellingtoninvestigations.co.nz> |
| **Sent:** | Thursday, November 23, 2023 7:35 PM |
| **To:** | Eckley M. Keach III |
| **Subject:** | Re: [EXT] Re: Euringer |
| **Attachments:** | image_123655411.JPG; image_123655411.JPG; image_123655411.JPG |

Rgr that.
I did attend Monday 20th in the evening and male not sighted, I did see Female fitting Chantel description in the window of the door leading to apartment balcony,


I also attended today Friday 24th, on the chance serving James is the prerogative, A male fitting james build was seen standing in full length window as I arrived,


I planned to try serve him when he was out and returned to underground, unfortunately He is home and was standing in window of door on to balcony when I arrived.
Thanks for reply, I'll await your good news or you may get mine if perseverance is a skill set.

Anyways have a good long weekend,

Regards Reon Viles ,



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732


www.wellingtoninvestigations.co.nz


On Fri, 24 Nov 2023 at 15:49, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:
> Apologies. My firm is evaluating other approaches. The courts are on holiday through the remainder of the week but I will reach out on Monday.

1

Thank you for the update.


**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York


On Nov 23, 2023, at 6:20 PM, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:


No luck on Monday, it's Friday and it was last Friday that I viewed James returning and parking in underground. I did think I would hear from you from my last email on 20th Nov.


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732


www.wellingtoninvestigations.co.nz


On Mon, 20 Nov 2023 at 00:29, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Morning Eckley,
On 9th NOV at 6.53am, onsite 3.5hrs, leaving at 10.40am, not seen, Paid.
I returned at 7.35pm, saying for 1hr, extra.
On 10th Nov, 6.50am, Onsite 3hrs, leaving at 9.40am, Paid.
I  returned at 6pm, staying 1hr, extra.
On Monday 13th Nov, 7.50pm, got video of James, 2hrs, extra,
On Tuesday 14th Nov, 7.25pm, door on to deck open,  seen but no video or stills, 2hrs,
Wednesday 15th Nov at 9.37am, , 1hr,
On friday 17th Nov, 4.11pm, I took up observation and parking on a different street so I was looking into the underground car parking,
As a vehicle exited I entered the carpark on foot, noting cars parked and registrations,
Parked side by side were HWK829, and MMTKAR, Running these plates I discovered James Euringer registered  owner of HWK829, a Silver sedan Holden Cruze,
At 5.10pm I did see James Euringer drive MMTKAR a Silver Subaru legacy Sedan into the car park. I was not in a position to exit the car and enter the underground car park before the door closed.
I have attended and surveilled the address an additional 8hrs including Friday 17th Nov. If I allow 2hrs to re attend monday or Tuesday then that will be 10hrs extra I have spent.

I would like to propose that I try serve James in person and only if I am successful, then I will charge a further 5hrs. I will do this on a No service no charge basis, .

Let me know if this is acceptable.

Regards Reon Viles

On Fri, Nov 17, 2023 at 4:28 PM R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Onsite trying to serve Jimmy, I have a plan,


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Wed, 15 Nov 2023 at 09:50, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Monday night video.
Male of slim Build,

And Tuesday evening, he had door open,  seen male but couldn't get him on Video,


I'll look at some options.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

[www.wellingtoninvestigations.co.nz](http://www.wellingtoninvestigations.co.nz)

On Wed, 15 Nov 2023 at 07:23, Eckley M. Keach III <[EKeach@ggtriallaw.com](mailto:EKeach@ggtriallaw.com)> wrote:

Mr. Viles,

Thank you for the updates. At this point, what options do we have to either serve Euringer personally or serve him by alternative service?

Thanks,

**Eckley M. Keach III**
**Counsel | Greenberg Gross** LLP
One Summerlin | [1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135](#)
Direct 702.777.0876 | Main 702.777.0888
[EKeach@GGTrialLaw.com](mailto:EKeach@GGTrialLaw.com)



Los Angeles | Orange County | Las Vegas | New York

---

**From:** R J WiL <[reon@wellingtoninvestigations.co.nz](mailto:reon@wellingtoninvestigations.co.nz)>
**Sent:** Monday, November 13, 2023 12:07 AM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** [EXT] Re: Euringer

And apartment had internal car parking, I believe these are linked to apartment 8,

Also have young twins the toys do

Seem to correspond,

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Mon, 13 Nov 2023 at 21:04, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

James and family have returned. At no stage over weekend we're the lights turned on or movement sighted.

See 2 short video showing James walking from lounge to kitchen and back several times in both videos.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333

Office; 04-213-9414

Free Call; 0800-787-732

[www.wellingtoninvestigations.co.nz](http://www.wellingtoninvestigations.co.nz)

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at [postmaster@ggtriallaw.com](mailto:postmaster@ggtriallaw.com), and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616

NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member

Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732



[www.wellingtoninvestigations.co.nz](http://www.wellingtoninvestigations.co.nz)

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at [postmaster@ggtriallaw.com](mailto:postmaster@ggtriallaw.com), and do not use or disseminate such information.



EXHIBIT D





EXHIBIT D

-137-

| | |
|---|---|
| **From:** | R J WiL <reon@wellingtoninvestigations.co.nz> |
| **Sent:** | Thursday, November 23, 2023 7:39 PM |
| **To:** | Eckley M. Keach III |
| **Subject:** | Re: [EXT] Re: Euringer |
| **Attachments:** | image_67158785.JPG; image_67143425.JPG; image_67172097.JPG; image_67220481.JPG |

Forgot to attach,
Standing in Window texting on device,


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Fri, 24 Nov 2023 at 16:35, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Rgr that.
I did attend Monday 20th in the evening and male not sighted, I did see Female fitting Chantel description in the
window of the door leading to apartment balcony,


I also attended today Friday 24th, on the chance serving James is the prerogative, A male fitting james build was seen
standing in full length window as I arrived,


I planned to try serve him when he was out and returned to underground, unfortunately He is home and was standing
in window of door on to balcony when I arrived.
Thanks for reply, I'll await your good news or you may get mine if perseverance is a skill set.

Anyways have a good long weekend,

Regards Reon Viles ,

EXHIBIT D

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Fri, 24 Nov 2023 at 15:49, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:
Apologies. My firm is evaluating other approaches. The courts are on holiday through the remainder of the week but I will reach out on Monday.

Thank you for the update.

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York

On Nov 23, 2023, at 6:20 PM, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

No luck on Monday, it's Friday and it was last Friday that I viewed James returning and parking in underground. I did think I would hear from you from my last email on 20th Nov.

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Mon, 20 Nov 2023 at 00:29, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Morning Eckley,
On 9th NOV at 6.53am, onsite 3.5hrs, leaving at 10.40am, not seen, Paid.
I returned at 7.35pm, saying for 1hr, extra.
On 10th Nov, 6.50am, Onsite 3hrs, leaving at 9.40am, Paid.
I returned at 6pm, staying 1hr, extra.
On Monday 13th Nov, 7.50pm, got video of James, 2hrs, extra,
On Tuesday 14th Nov, 7.25pm, door on to deck open,  seen but no video or stills, 2hrs,
Wednesday 15th Nov at 9.37am, , 1hr,
On friday 17th Nov, 4.11pm, I took up observation and parking on a different street so I was looking into the underground car parking,
As a vehicle exited I entered the carpark on foot, noting cars parked and registrations,
Parked side by side were HWK829, and MMTKAR, Running these plates I discovered James Euringer registered  owner of HWK829, a Silver sedan Holden Cruze,
At 5.10pm I did see James Euringer drive MMTKAR a Silver Subaru legacy Sedan into the car park. I was not in a position to exit the car and enter the underground car park before the door closed.
I have attended and surveilled the address an additional 8hrs including Friday 17th Nov. If I allow 2hrs to re attend monday or Tuesday then that will be 10hrs extra I have spent.

I would like to propose that I try serve James in person and only if I am successful, then I will charge a further 5hrs. I will do this on a No service no charge basis, .

Let me know if this is acceptable.

Regards Reon Viles

On Fri, Nov 17, 2023 at 4:28 PM R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Onsite trying to serve Jimmy, I have a plan,


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Wed, 15 Nov 2023 at 09:50, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Monday night video.

Male of slim Build,

And Tuesday evening, he had door open,  seen male but couldn't get him on Video,


I'll look at some options.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Wed, 15 Nov 2023 at 07:23, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

> Mr. Viles,
>
>
> Thank you for the updates. At this point, what options do we have to either serve Euringer personally or serve him by alternative service?
>
>
> Thanks,
>
>
> **Eckley M. Keach III**
> **Counsel | Greenberg Gross** LLP
> One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
> Direct 702.777.0876 | Main 702.777.0888
> EKeach@GGTrialLaw.com
>
> 
>
> Los Angeles | Orange County | Las Vegas | New York

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Monday, November 13, 2023 12:07 AM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** [EXT] Re: Euringer

And apartment had internal car parking, I believe these are linked to apartment 8,

Also have young twins the toys do

Seem to correspond,

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call: 0800-787-732

www.wellingtoninvestigations.co.nz

On Mon, 13 Nov 2023 at 21:04, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

James and family have returned. At no stage over weekend we're the lights turned on or movement sighted.

See 2 short video showing James walking from lounge to kitchen and back several times in both videos.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--
RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616

NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member

Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call** 0800 787 732



[www.wellingtoninvestigations.co.nz](http://www.wellingtoninvestigations.co.nz)

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at [postmaster@ggtriallaw.com](mailto:postmaster@ggtriallaw.com), and do not use or disseminate such information.









**From:**          R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:**          Sunday, November 26, 2023 9:20 PM
**To:**            Eckley M. Keach III
**Subject:**       Re: [EXT] Re: Euringer
**Attachments:**   image_67190273.JPG


Always nice to start the week on a win,

Let know how to proceed


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Fri, 24 Nov 2023 at 16:39, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Forgot to attach,
Standing in Window texting on device,



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

1
EXHIBIT D
-149-

On Fri, 24 Nov 2023 at 16:35, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Rgr that.
I did attend Monday 20th in the evening and male not sighted, I did see Female fitting Chantel description in the window of the door leading to apartment balcony,


I also attended today Friday 24th, on the chance serving James is the prerogative, A male fitting james build was seen standing in full length window as I arrived,


I planned to try serve him when he was out and returned to underground, unfortunately He is home and was standing in window of door on to balcony when I arrived.
Thanks for reply, I'll await your good news or you may get mine if perseverance is a skill set.

Anyways have a good long weekend,

Regards Reon Viles ,




Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732


www.wellingtoninvestigations.co.nz


On Fri, 24 Nov 2023 at 15:49, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:
Apologies. My firm is evaluating other approaches. The courts are on holiday through the remainder of the week but I will reach out on Monday.

Thank you for the update.


**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**
One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York

On Nov 23, 2023, at 6:20 PM, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

No luck on Monday, it's Friday and it was last Friday that I viewed James returning and parking in underground. I did think I would hear from you from my last email on 20th Nov.

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Mon, 20 Nov 2023 at 00:29, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Morning Eckley,
On 9th NOV at 6.53am, onsite 3.5hrs, leaving at 10.40am, not seen, Paid.
I returned at 7.35pm, saying for 1hr, extra.
On 10th Nov, 6.50am, Onsite 3hrs, leaving at 9.40am, Paid.
I returned at 6pm, staying 1hr, extra.
On Monday 13th Nov, 7.50pm, got video of James, 2hrs, extra,
On Tuesday 14th Nov, 7.25pm, door on to deck open, seen but no video or stills, 2hrs,
Wednesday 15th Nov at 9.37am, , 1hr,
On friday 17th Nov, 4.11pm, I took up observation and parking on a different street so I was looking into the underground car parking,
As a vehicle exited I entered the carpark on foot, noting cars parked and registrations,
Parked side by side were HWK829, and MMTKAR, Running these plates I discovered James Euringer registered owner of HWK829, a Silver sedan Holden Cruze,
At 5.10pm I did see James Euringer drive MMTKAR a Silver Subaru legacy Sedan into the car park. I was not in a position to exit the car and enter the underground car park before the door closed.
I have attended and surveilled the address an additional 8hrs including Friday 17th Nov. If I allow 2hrs to re attend monday or Tuesday then that will be 10hrs extra I have spent.

I would like to propose that I try serve James in person and only if I am successful, then I will charge a further 5hrs. I will do this on a No service no charge basis, .

Let me know if this is acceptable.

Regards Reon Viles

On Fri, Nov 17, 2023 at 4:28 PM R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Onsite trying to serve Jimmy, I have a plan,


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Wed, 15 Nov 2023 at 09:50, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:
Monday night video.
Male of slim Build,

And Tuesday evening, he had door open, seen male but couldn't get him on Video,


I'll look at some options.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Wed, 15 Nov 2023 at 07:23, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

  Mr. Viles,

4

EXHIBIT D
-152-

Thank you for the updates. At this point, what options do we have to either serve Euringer personally or serve him by alternative service?

Thanks,

**Eckley M. Keach III**
**Counsel | Greenberg Gross LLP**

One Summerlin | 1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0876 | Main 702.777.0888
EKeach@GGTrialLaw.com

Los Angeles | Orange County | Las Vegas | New York

---

**From:** R J WiL <reon@wellingtoninvestigations.co.nz>
**Sent:** Monday, November 13, 2023 12:07 AM
**To:** Eckley M. Keach III <EKeach@GGTrialLaw.com>
**Subject:** [EXT] Re: Euringer

And apartment had internal car parking, I believe these are linked to apartment 8,

Also have young twins the toys do

Seem to correspond,

Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333

Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

On Mon, 13 Nov 2023 at 21:04, R J WiL <reon@wellingtoninvestigations.co.nz> wrote:

James and family have returned. At no stage over weekend we're the lights turned on or movement sighted.

See 2 short video showing James walking from lounge to kitchen and back several times in both videos.



Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

--

RJ Viles | Senior Investigator | WIL

MOJ Licensed Security Consultant & Technician

Government License # 23-103616

NZSA - Association Member

Worldwide Association Member - WASP

Certified Fraud Examiner - Associate Member

Office; NTT Tower, L16, 157 Lambton Quay, Wellington 6011

Postal; Suite 7953, Level 1, 6 Johnsonville Rd, Wellington 6037

**M** 021 562 333 | **Office** 04 213 9414 | **Free Call**  0800 787 732



www.wellingtoninvestigations.co.nz

NOTICE - CONFIDENTIAL INFORMATION: The information in this communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies. Licensed s.72(3) PSP & PI Act 2010.

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.



EXHIBIT D
-156-