# EXHIBIT E

## VIDEO FILE LODGED WITH THE COURT

# Eckley M. Keach III

| | |
|---|---|
| **From:** | R J WiL <reon@wellingtoninvestigations.co.nz> |
| **Sent:** | Tuesday, November 14, 2023 12:50 PM |
| **To:** | Eckley M. Keach III |
| **Subject:** | Re: [EXT] Re: Euringer |
| **Attachments:** | IMG_0.MOV |

Monday night video.
Male of slim Build,

And Tuesday evening, he had door open, seen male but couldn't get him on Video,

I'll look at some options.


Please excuse brevity sent from mobile device:

RJ Viles | Senior Investigator | WIL

Security Technician & Consultant.

NTT Tower, level 16,
157 Lambton Quay,

Mob: 021-562-333
Office; 04-213-9414
Free Call; 0800-787-732

www.wellingtoninvestigations.co.nz


On Wed, 15 Nov 2023 at 07:23, Eckley M. Keach III <EKeach@ggtriallaw.com> wrote:

> Mr. Viles,
>
> Thank you for the updates. At this point, what options do we have to either serve Euringer personally or serve him by alternative service?
>
> Thanks,