## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 7015, *Plaintiff,* v. ELEKTRA ENTERTAINMENT GROUP, INC., WARNER COMMUNICATIONS LLC, WARNER MUSIC GROUP CORP., JAMES EURINGER, JOSEPH J. GALUS, and DOES 1–5, whose identities are unknown to Plaintiff, *Defendant(s).* | Case No. 1:21-cv-06868-JPC-JEW |

## CERTIFICATE OF SERVICE

I, Alan A. Greenberg, hereby certify that on January 19, 2024, I electronically filed: *(1) Plaintiff's Opposition to Defendant James Euringer's Motion to Dismiss Plaintiff's First Amended Complaint;* and *(2) Declaration of Alan A. Greenberg in Support of Plaintiff's Opposition to Defendant James Euringer's Motion to Dismiss Plaintiff's First Amended Complaint* with the Clerk of the Court using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Alan A. Greenberg*
Alan A. Greenberg