UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 7015., <br><br> *Plaintiff*, <br><br> v. <br><br> ELEKTRA ENTERTAINMENT GROUP, INC., WARNER COMMUNICATIONS LLC, WARNER MUSIC GROUP CORP., JAMES EURINGER, JOSEPH J. GALUS, and DOES 1–5, whose identities are unknown to Plaintiff, <br><br> *Defendants*. | Case No.: 1:21-cv-06868-JPC-JEW |

**JOINT STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between all parties appearing in this action through their designated counsel that the action, including but not limited to all claims of Plaintiff Jane Doe 7015 in the above-captioned action, be and hereby is dismissed with prejudice as to defendant James Euringer, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: March 21, 2024

                                                Respectfully submitted,

                                                GREENBERG GROSS LLP

                                                By: */s/ Alan A. Greenberg*
                                                    Alan A. Greenberg
                                                    NY# 2284651
                                                    250 Park Avenue, Seventh Floor
                                                    New York NY 10177
                                                    Telephone: 212.402.0900
                                                    agreenberg@GGTrialLaw.com

                                                RIMON PC

                                              By: */s/ Anthony C. Acampora*
                                                    Anthony C. Acampora
                                                    NY # 198242
                                                    100 Jericho Quadrangle, Suite 300
                                                    Jericho, New York 11753
                                                    Phone/fax: 516.479.6330
                                                    anthony.acampora@rimonlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2024, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                    /s/   *Anthony C. Acampora*
                                          *Attorney for Defendant James Euringer*