UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 7015., <br><br> *Plaintiff*, <br><br> v. <br><br> ELEKTRA ENTERTAINMENT GROUP, INC., WARNER COMMUNICATIONS LLC, WARNER MUSIC GROUP CORP., JAMES EURINGER, JOSEPH J. GALUS, and DOES 1–5, whose identities are unknown to Plaintiff, <br><br> *Defendants*. | Case No.: 1:21-cv-06868-JPC-JEW |

**JOINT STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between all parties appearing in this action through their designated counsel that the action, including but not limited to all claims of Plaintiff Jane Doe 7015 in the above-captioned action, be and hereby is dismissed with prejudice as to defendant James Euringer, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: March 21, 2024

                                              Respectfully submitted,

                                              GREENBERG GROSS LLP

                                              By: */s/ Alan A. Greenberg*
                                                  Alan A. Greenberg
                                                  NY# 2284651
                                                  250 Park Avenue, Seventh Floor
                                                  New York NY 10177
                                                  Telephone: 212.402.0900
                                                  agreenberg@GGTrialLaw.com

                                              RIMON PC

                                              By: */s/ Anthony C. Acampora*
                                                  Anthony C. Acampora
                                                  NY # 198242
                                                  100 Jericho Quadrangle, Suite 300
                                                  Jericho, New York 11753
                                                  Phone/fax: 516.479.6330
                                                  anthony.acampora@rimonlaw.com

The Clerk of Court is respectfully directed to terminate this case as to Defendant Euringer. Defendant Euringer's motion to dismiss, Dkt. 76, is denied as moot, and the Clerk of Court is respectfully directed to close Docket 76.

SO ORDERED.
Date: March 26, 2024
New York, New York

                                  _____
                                  JOHN P. CRONAN
                                  United States District Judge