```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
JANE DOE 7015,                                  :
                                                :
                        Plaintiff,              :
        -v-                                     :       21 Civ. 6868 (JPC)
                                                :
ELEKTRA ENTERTAINMENT GROUP INC., et al.,       :       ORDER
                                                :
                        Defendants.             :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of the ordered Stipulation of Dismissal between Plaintiff and Defendant James Euringer, Dkt. 82, the voluntary dismissal as to Defendant Joseph J. Galus, Dkt. 62, and the Court's March 31, 2023 Opinion and Order, Dkt. 57, the only remaining Defendants are the John Doe Defendants. By April 3, 2024, Plaintiff shall submit a letter advising the Court as to her view on whether this case therefore should be terminated.

SO ORDERED.

Dated: March 26, 2024  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge