

Alan A. Greenberg
AGreenberg@GGTrialLaw.com

March 27, 2024

**VIA ECF AND E-MAIL:  CronanNYSDChambers@nysd.uscourts.gov**

Hon. John P. Cronan
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re:     **Jane Doe 7015 v. James Euringer, et al., Case No. 21-cv-06868-JPC-JEW**

Dear Judge Cronan:

      Pursuant to the Court's March 26, 2024 order, ECF No. 83, I am writing to address the Court's inquiry as to Plaintiff's position regarding the remaining John Doe defendants in this action. In light of the voluntary dismissal of Defendant James Euringer, Plaintiff will not be pursuing any claims against the John Doe defendants in this action. Consequently, it is Plaintiff's position and request that this Court terminate the case in full at this time.

Respectfully submitted,

By: /s/ Alan A. Greenberg
Alan A. Greenberg
GREENBERG GROSS LLP
250 Park Avenue, Seventh Floor
New York, NY 10177
Telephone: (212) 402-0920
Email: AGreenberg@GGTrialLaw.com

*Counsel for Jane Doe 7015*

cc:     Hon. John P. Cronan
         All Counsel of Record (via ECF)

The request is granted.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED
Date: March 28, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge